SIRAGAN S. COSTIKYAN, as Administrator, etc., Respondent, *v.* THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant.

(Submitted June 17, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 23, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Edmund B. Wynn* for appellant.

*Abram & Niles C. Bartholomew* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____

POSTAL TELEGRAPH CABLE COMPANY, Appellant, *v.* HUGH J. GRANT, Sheriff, etc., Respondent.

(Argued June 17, 1891, decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 24, 1890, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Andrew Wesley Kent* for appellant.

*Charles F. Tabor, Attorney-General,* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.